452 A.2d 48

Commonwealth, Appellant v. Schratz.

Submitted January 13, 1982. William G. Martin, for appellant; Ralph L.S. Montana, for appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.